UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
                                        :

UNITED STATES OF AMERICA

                                        :

       - v. -

                                          :

SU JIAN LIU,

                                        :

          Defendant.

                                        :
------------------------------------x

| USDC SDNY |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #:_____ |
| DATE FILED: _5/14/26_ |

**ORDER ACCEPTING PLEA**

S1 25 Cr. 334 (MKV)

WHEREAS, with the defendant's consent, his guilty plea allocution to Counts One and Two of the S1 25 Cr. 334 (MKV) superseding information, charging the defendant with participating in a conspiracy to commit interstate transportation of stolen property, in violation of 18 U.S.C. § 371, and misprision of a felony, in violation of 18 U.S.C. § 4, was made before United States Magistrate Valerie Figueredo on May 6, 2026;

WHEREAS, a transcript of the allocution was made and thereafter was transmitted to the District Court; and

WHEREAS, upon review of that transcript, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily, with sufficient awareness of the relevant circumstances and likely consequences, and that there was a factual basis for the guilty plea;

IT IS HEREBY ORDERED that the defendant's guilty plea to Counts One and Two of the S1 25 Cr. 334 (MKV) superseding information is accepted.

IT IS FURTHER ORDERED that the sentencing will take place on September 2, 2026 at 11:00 a.m.  The defense submission is due two weeks before the sentencing, and the government's submission is due one week before.  The defendant is on notice that failure to be truthful with the Probation Office in connection with the preparation of the Presentence Report may have an adverse impact on his sentence and subject him to prosecution.  Specifically, the Court reserves the right to deny the defendant the 2-level reduction for acceptance of responsibility under the Sentencing Guidelines if he fails to cooperate and be truthful with the Probation Office.

SO ORDERED:

Dated:    New York, New York
          May 14, 2026

_____
THE HONORABLE MARY KAY VYSOCIL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK

2