UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/1/26

UNITED STATES OF AMERICA,

-v-

SU JIAN LIU,

Defendant.

25-cr-334 (MKV)

ORDER

MARY KAY VYSKOCIL, United States District Judge:

In violation of the Court's Individual Rules of Practice in Criminal Cases, the parties failed to timely submit proposed orders of forfeiture and restitution to the Court in advance of the sentencing that was previously scheduled to take place on September 2, 2026. As such, in an email to Chambers dated Friday, August 28, 2026, the parties jointly proposed an adjournment of the sentencing. By telephone today, September 1, 2026, defense counsel advised Chambers that he went to meet with Defendant, who is in custody, today, but Defendant refused to meet with counsel and advised him that he had sent a letter to Chambers requesting new counsel. To date, Chambers has not received such a letter. In light of the foregoing, IT IS HEREBY ORDERED that the sentencing that was previously scheduled to take place on September 2, 2026 is ADJOURNED to October 30, 2026 at 11:00 a.m. The Court will await receipt of any letter in connection with a request for change of counsel.

**SO ORDERED.**

**Date: September 1, 2026**
**New York, NY**

Mary Kay Vyskocil

**MARY KAY VYSKOCIL**
**United States District Judge**