**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/22/2026

UNITED STATES OF AMERICA

-against-

Su Jian Lu

**ORDER**

25-cr-334-2(MKV)
Docket #

Mary Kay Vyskocil, **DISTRICT JUDGE:**
Judge's Name

The C.J.A. attorney assigned to this case Louis Henry Klein is hereby ordered substituted
Attorney's Name

and the representation of the defendant in the above captioned matter is assigned to Lauren Di Chiara, NUNC-PRO-TUNC 9/22/2026.
Attorney's Name

**SO ORDERED.**

Mary Kay Vyskocil
**UNITED STATES DISTRICT JUDGE**

**Dated:** **September 22nd 2026**
**New York, New York**